IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORMAN BUTLER, Individually and on behalf of all others similarly situated | §<br>§<br>§ CIVIL ACTION NO. 4:17-CV-01192<br>§<br>v. §<br>§<br>FCC ENVIRONMENTAL SERVICES, LLC §<br>§ |

## ORDER

On this day the Court considered the parties' Joint Motion to File Confidential Settlement Agreement under Seal or, Alternatively, Require Redaction of Certain Information. After carefully considering the Motion and the argument of the parties, the Court determines that the Motion should be GRANTED. It is, therefore,

ORDERED that the parties' Motion to Approve Settlement and the Settlement Agreements and Releases will remain sealed until this action is administratively closed. It is further,

ORDERED that once this action is administratively closed the Clerk of the Court shall promptly destroy the Settlement Agreements and Releases, which were filed under seal in a separate envelope. It is further

ORDERED that the parties are hereby permitted to redact from the Settlement Agreements and Releases the portions which would disclose the amount or allocation of the settlement.

Furthermore, the Court determines that the Settlement Agreements and Releases reflect a fair and reasonable resolution of a *bona fide* dispute between the parties and is the product of contested litigation. Accordingly, it is further

THIS IS A FINAL JUDGMENT.

Signed at Houston, Texas this 4 day of January, ~~2017.~~ 2018.

_____
UNITED STATES DISTRICT JUDGE